271 U.S. 649
 46 S.Ct. 634
 70 L.Ed. 1131
 John LAPIQUE
v.
The DISTRICT COURT OF THE UNITED STATES FOR THE SOUTHERN DISTRICT OF CALIFORNIA.*
 No. ___, original.
 Supreme Court of the United States
 June 7, 1926
 
 1
 Mr. John Lapique, of Los Angeles, Cal., in pro. per.
 
 
 2
 Motion for leave to file petition for writ of mandamus and motion for writ of error denied.
 
 
 
 *
 Rehearing denied 272 U. S. —, 47 S. Ct. 96, 71 L. Ed. —.